# Federal Defenders
## OF NEW YORK, INC.

Southern District
52 Duane Street-10th Floor, New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

---

**Barry D. Leiwant**
*Interim Executive Director
and Attorney-in-Chief*

*Southern District of New York*
Jennifer L. Brown
*Attorney-in-Charge*

February 27, 2024

**BY ECF & EMAIL**

The Honorable Jennifer L. Rochon
Southern District of New York
500 Pearl Street
New York, NY 10007

Application GRANTED.   The March 5 Status Conference is rescheduled to 12:30 p.m.

Dated: February 27, 2024
       New York, New York

SO ORDERED.

*/s/ Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**

Re:   **United States v. David Heavlow**
      **23 Cr. 463 (JLR)**

Dear Judge Rochon:

   I write with the consent of the government to request a minor rescheduling of Mr. Heavlow's court conference on Tuesday, March 5, 2024. The parties are currently scheduled to appear at 11 am. Due to a scheduling conflict, and after consultation with the Court, the parties are requesting that the appearance be moved to 12:30 pm on the same day.

Respectfully submitted,

/s/
Tamara Giwa
Counsel for David Heavlow
52 Duane Street, 10th Floor
New York, NY 10007
(917) 890-9729

cc:   AUSA Chelsea Scism (via ECF)