**Federal Defenders**
OF NEW YORK, INC.

Southern District
52 Duane Street, 10th Floor
New York, NY 10007
Tel: (212) 417-8700 Fax: (212) 571-0392

Tamara Giwa
*Executive Director*

Jennifer L. Brown
*Attorney-in-Charge*

May 3, 2024

**BY ECF & EMAIL**

The Honorable Jennifer L. Rochon
Southern District of New York
500 Pearl Street
New York, NY 10007

>   Re:   **United States v. David Heavlow**
>         **23 Cr. 463 (JLR)**

Dear Judge Rochon:

    I write with the consent of the government to request an adjournment of Mr. Heavlow's conference, currently scheduled for Wednesday, May 8, 2024. The parties are engaged in plea negotiations and are hopeful that we will reach a resolution soon. Additionally, Mr. Heavlow is in the process of reviewing the electronic discovery in this matter and requires a few more weeks to complete that. After consultation with the Court, my understanding is that the Court has availability for this matter on June 12, 2024, at noon.

    The defense does not object to the exclusion of time under the Speedy Trial Act.

Respectfully submitted,

/s/
Tamara Giwa
Counsel for David Heavlow
52 Duane Street, 10th Floor
New York, NY 10007
(917) 890-9729

cc:   AUSA Chelsea Scism (via ECF)

Letter motion GRANTED.  The status conference is adjourned from May 8, 2024 to **June 12, 2024 at 12:00 p.m.**  Speedy trial time is excluded until June 12, 2024.  The Court finds that the ends of justice served by excluding such time outweigh the best interests of the public and the Defendant in a speedy trial because of the parties continued need to review discovery and discuss potential pretrial resolution.  This resolves the letter motions at ECF Nos. 27 and 28.

SO ORDERED.

Dated: May 6, 2024
       New York, New York

*Jennifer Rochon*
**JENNIFER L. ROCHON**
**United States District Judge**